**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CHARLES BROWN, | Case No. 2:14-CV-01479-APG-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| TRINITY PROPERTY CONSULTANTS LLC, *et al.*, | (Dkt. #2) |
| Defendants. | |

On September 15, 2014, Magistrate Judge Ferenbach entered a Report & Recommendation (Dkt. #2) recommending I dismiss this case for lack of subject matter jurisdiction. No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #2) is accepted and this action is dismissed for lack of subject matter jurisdiction.

DATED this 20th day of January, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE